IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | : CIVIL ACTION |
| | : NO. 17-1863 |
| Plaintiff, | : |
| v. | : |
| CHUN CHIN YUNG, et al., | : |
| Defendants. | : |

## O R D E R

**AND NOW**, this **11th** day of **June, 2018,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (ECF No. 20) is **GRANTED** in part and **DENIED** in part.

2. The motion is granted with respect to liability, and to the extent it seeks damages for principal, interest, and certain fees, charges, and costs recoverable under the Note in the amount of $2,510,687.60.

3. The motion is denied to the extent that it seeks damages for any additional fees, charges, or costs.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,      J.**